NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONG-A STEEL COMPANY, KUKJE STEEL CO., LTD.,**

*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**

*Defendant*

**ATLAS TUBE, SEARING INDUSTRIES, NUCOR TUBULAR PRODUCTS INC.,**

*Defendants-Appellants*

---

2021-2153, 2021-2165

---

Appeals from the United States Court of International Trade in No. 1:19-cv-00104-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellants' unopposed motion to dismiss these consolidated appeals pursuant to Federal Rule of Appellate Procedure 42(b),

2                                              DONG-A STEEL COMPANY v. US

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeals are withdrawn.

(2)  The parties shall bear their own costs.

(3)  Any other pending motion is denied as moot.

FOR THE COURT

July 6, 2022                          /s/ Peter R. Marksteiner
      Date                            Peter R. Marksteiner
                                      Clerk of Court

ISSUED AS A MANDATE: July 6, 2022